UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NUMBER 14-0037 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| BRIAN T. MENZIE | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant Brian T. Menzie and adjudges him guilty of the offense charged in Count Two of the indictment against him.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the District Court accepts defendant Brian T. Menzie's agreement to forfeit and abandon his interest in any firearm(s) and cash seized as a result of the investigation of this matter.

THUS DONE AND SIGNED in Chambers, this 20th day of August, 2014, at Monroe, Louisiana.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE